# Court of Appeals
# of the State of Georgia

ATLANTA,___June 11, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1757; A15A1758; A15A1759.  EARL PARRISH v. THE STATE.**

Earl Parrish was sentenced to life in prison for rape, and his conviction was affirmed on appeal. See *Parrish v. State*, 237 Ga. App. 274 (514 SE2d 458) (1999). Parrish filed several pro se motions seeking to vacate or set aside his allegedly void sentence.  The trial court denied the motions in orders entered on December 23, 2013 and November 17, 2014. Months later, Parrish sought to appeal these rulings and filed a motion to proceed in forma pauperis.  The trial court denied the motion to proceed in forma pauperis under OCGA § 9-15-2 (d) on the basis that the notices of appeal were untimely and thus no relief could be granted. Parrish filed a motion for reconsideration from this ruling, which the trial court denied on January 15, 2014.

In Case Number A15A1757, Parrish seeks to appeal the order denying his motion for reconsideration. In Case Number A15A1758, Parrish seeks to appeal the trial court's November 17, 2014 order. In Case Number A15A1759, Parrish seeks to appeal the December 23, 2013 order.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days after entry of an appealable order.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995). Here, none of Parrish's notices of appeal was timely filed.[1] We thus lack jurisdiction to consider these appeals, which are hereby

---

[1] The notice of appeal in Case Number A15A1757 was filed January 8, 2015, almost a year after the trial court's January 15, 2014 order. The notice of appeal in Case Number A15A1758 was filed on December 19, 2014, 32 days after the trial

DISMISSED.[2]



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*___06/11/2015___
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*

court's November 17 order. The notice of appeal in Case Number A15A1759 was filed on September 29, 2014, 280 days after the trial court's December 23, 2013 ruling.

[2] In his notice of appeal in Case A15A1759, Parrish states that he did not receive timely notice of the trial court's December 2013 order, which was mailed to the wrong prison. Regardless of the reason, however, this Court is without jurisdiction to consider an untimely appeal. See *Atlantic- Canadian Corp. v. Hammer, Siler, George Assoc., Inc.*, 167 Ga. App. 257, 257-258 (1) (306 SE2d 22) (1983). Moreover, Parrish's appeals suffer from additional jurisdictional defects, which we need not address given the untimeliness of the notices of appeal.